LAW OFFICES OF
**RODNEY M. KLEMAN**
RODNEY M. KLEMAN #55808
SHIAN MACLEAN #133765
TREVOR R. MIRKES #224261
400 Camino El Estero
Monterey, CA 93940
Tel: (831) 649-0200
Fax: (831) 649-8279

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: RESTO-PEREZ, Hector<br><br>RESTO, Sandra<br><br><br><br><br><br>Debtor(s).<br>_____/ | Case No: 06-5-2224 MMor<br>Chapter 13<br><br>**DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO EXTEND THE AUTOMATIC STAY**<br><br>Date: November 17, 2006<br>Time: 10:00 A.M.<br>Judge: Honorable Marilyn Morgan<br>Place: United States Bankruptcy Court, The Quadrangle, 1000 South Main, Court Room 214, Salinas, California |

I, Hector Resto-Perez, declare as follows:

I am a Debtor in the above-captioned Chapter 13 case, filed on October 31, 2006. I was a Debtor, together with my wife, in a prior Chapter 13 case, case no. 03-5-5587 MMor, filed on August 29, 2003, confirmed on November 19, 2003, and dismissed, effective August 22, 2006.

//

//

In 2003, my wife and I fell behind on my payments to medical providers, credit cards, and vehicle, and we filed Chapter 13 in August 2003. After confirmation of our Chapter 13 plan, and after making payments for some time, my wife required emergency medical treatment that involved an extended hospital stay. Because of the extended hospital stay, I took unpaid time off to take care of our children and me. This time off served to reduce our disposable income when it was already compromised by the medial co-pays as a result of the extended hospital stay and the drugs that my wife required to recover. Both the medical treatment, with the related unpaid time off not only increased our expenses but also decreased our disposable income. While I have had the same stable employment for over two (2) years, my income was not sufficient to allow us to afford the necessities of living and making our chapter 13 plan payment. Because we did not have the disposable income necessary to keep current with the Chapter 13 Trustee, our case was eventually dismissed.

There now is a substantial change in my personal and financial situation as my wife's health is now good and no future medical expenses are anticipated like that which served to frustrate our prior case. Finally, my stable income will be more than sufficient to cover our living expenses and our proposed Chapter plan payment.

We need to protect and keep our 1997 Nissan Quest as this vehicle is a critical source of transportation for us. We need the Nissan for transportation and to be able to go to and from work and take of our children. At the present time, I have to rely solely upon myself to buy groceries, and go to doctor and dentist appointments. I cannot rely on other people to help with transportation of myself and our two minor children. Finally, we need to pay for the Nissan because we cannot afford to buy another vehicle.

I declare under penalty of perjury that the foregoing is true and correct and this declaration is signed this 2nd day of November 2006 at Salinas, California.

/s/ Hector Resto-Perez
HECTOR RESTO-PEREZ