LAW OFFICE OF RODNEY M. KLEMAN
RODNEY M. KLEMAN #55808
SHIAN MACLEAN #133765
TREVOR MIRKES #224261
400 Camino El Estero
Monterey, CA 93940
(831)649-0200

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: RESTO-PEREZ, Hector<br><br>RESTO, Sandra<br><br>Debtor(s) | Chapter 13<br>Case No. 06-5-2224 MMor<br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br>Date: November 17, 2006<br>Time: 10:00 A.M.<br>Judge: Honorable Marilyn Morgan<br>Place: United States Bankruptcy Court, The Quadrangle, 1000 South Main, Court Room 214, Salinas, California |

Trevor R. Mirkes of The Law Offices Of Rodney M. Kleman hereby requests the Court take Judicial Notice of the following documents filed in the Chapter 13 case of Hector Resto-Perez and Sandra Resto, Case No. 03-5-5587 MMor:

1. PACER document entitled "Case Summary," as Exhibit 1;

2. PACER document entitled "History," as Exhibit 2;

3. Notice Of Dismissal After Confirmation, as Exhibit 3;

4. Schedules I and J Re: Case No. 03-5-5587 MMor, as Exhibit 4;

5. Schedules I and J Re: Case No. 06-5-2224 MMor, as Exhibit 5;

6. Chapter 13 Plan for Case No. 03-5-5587 MMor, as Exhibit 6;

//

7. Chapter 13 Plan for Case No. 06-5-2224 MMor, as Exhibit 7.

Respectfully submitted,

Date: November 2, 2006
/s/ Trevor R. Mirkes #224261
TREVOR R. MIRKES
Attorney For Debtor